IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 06-1910 TUC JMR (JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| THEODORE EDWARD NORRIS, | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 39] dated May 22, 2007.

This case remains set for July 10, 2007.

DATED this 11th day of June, 2007.

John M. Roll
Chief United States District Judge